```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  EMILY HADEN
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 05-140 EFB |
|---|---|---|
| Plaintiff, | ) ) | PETITION FOR PROBATION REVOCATION AND |
| v. | ) ) | ORDER TO APPEAR |
| TIMOTHY PATRICK MEEHAN, | ) ) | DATE: August 04, 2008<br>TIME: 10:00 a.m. |
| Defendant. | ) ) ) | JUDGE: HON. EDMUND F. BRENNAN |

On August 4, 2005, the above-named defendant was sentenced to three years court probation, subject to certain conditions, by United States Magistrate Judge Peter A. Nowinski. One of those conditions is as follows:

> The defendant shall serve 48 hours of community service. The defendant shall successfully complete a minimum of 10 hours of community service per calendar month, and provide written proof of community service, signed by someone at the community service agency, to the U.S. Attorney's Office, Misdemeanor Unit, by the first day of each month. The defendant shall complete the initial 10 hours of community service and provide proof to the Misdemeanor Unit within 30 days of judgment and sentencing.

///

///

///

1

1  The United States alleges that the defendant has violated the
2  conditions of the sentence imposed, to wit, the defendant has
3  failed to provide written proof that he served 48 hours of
4  community service.
5  The United States therefore petitions the Court to place this
6  matter on its calendar for August 04, 2008, to order the defendant
7  to show cause why probation should not be revoked.
8  Based on the facts as related to me by Emily Haden, the
9  certified law clerk assigned to this case, I declare under penalty
10  of perjury that the foregoing is true and correct to the best of
11  my knowledge.
12  DATED: July ___, 2008                    Respectfully Submitted,
13                                            MCGREGOR W. SCOTT
                                              United States Attorney
14
15                                            By: /s/ S. Robert Tice-Raskin
                                                  S. ROBERT TICE-RASKIN
16                                                Assistant U.S. Attorney
17

18                              **ORDER**

19     Good Cause Appearing, the defendant is ordered to appear on
20  August 04, 2008, at 10:00 a.m., before the Honorable Edmund F.
21  Brennan, United States Magistrate Judge, at the U.S. Federal
22  Courthouse, 501-I Street, 8th Floor, Sacramento, California, to
23  show cause why probation should not be revoked.
24     IT IS SO ORDERED.
25  Dated: July 22, 2008.
26                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
27
28

                                      2