```
MCGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
EMILY HADEN
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 05-140 EFB |
| ) | |
| Plaintiff, ) | AMENDED PETITION FOR PROBATION |
| ) | REVOCATION AND |
| v. ) | ORDER TO APPEAR |
| ) | |
| TIMOTHY PATRICK MEEHAN, ) | DATE:   August 18, 2008 |
| ) | TIME:   10:00 a.m. |
| ) | JUDGE:  HON. EDMUND F. BRENNAN |
| Defendant. ) | |
| _____) | |

　　　　On August 4, 2005, the above-named defendant was sentenced to three years court probation, subject to certain conditions, by United States Magistrate Judge Peter A. Nowinski.  One of those conditions was as follows:

> The defendant shall serve 48 hours of community service.  The defendant shall successfully complete a minimum of 10 hours of community service per calendar month, and provide written proof of community service, signed by someone at the community service agency, to the U.S. Attorney's Office, Misdemeanor Unit, by the first day of each month.  The defendant shall complete the initial 10 hours of community service and provide proof to the Misdemeanor Unit within 30 days of judgment and sentencing.

///

///

///

The United States alleges that the defendant has violated the conditions of the sentence imposed, to wit, the defendant has failed to provide written proof that he served 48 hours of community service.

The United States therefore petitions the Court to place this matter on its calendar for August 18, 2008, to order the defendant to show cause why probation should not be revoked.

Based on the facts as related to me by Emily Haden, the certified law clerk assigned to this case, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August ___, 2008               Respectfully Submitted,

                                       MCGREGOR W. SCOTT
                                       United States Attorney

                                            Signature on original
                                  By: _____
                                       S. ROBERT TICE-RASKIN
                                       Assistant U.S. Attorney


**ORDER**

Good Cause Appearing, the defendant is ordered to appear on August 18, 2008, at 10:00 a.m., before the Honorable Edmund F. Brennan, United States Magistrate Judge, at the U.S. Federal Courthouse, 501-I Street, 8th Floor, Sacramento, California, to show cause why probation should not be revoked.

IT IS SO ORDERED.

Dated: August 4, 2008

                                       _____
                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

2